UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PAUL OPPENHEIMER,                                                  :
:
                    Plaintiff,                          :
:       24-CV-07047 (JAV)
      -v-                                                          :
:       ORDER
:
SEBASTIAAN ABBINK SPAINK, CHRIS                                    :
TOLMEIJER, YI LIN SHEN, and CRIZIT, LLC,                           :
:
                    Defendants.                         X
-----------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated **December 18, 2024**, ECF No. 17, the parties were required to file a joint letter, the contents of which are described therein, and a proposed Civil Case Management Plan by **January 16, 2025**.  To date, the parties have not filed the joint letter and Case Management Plan.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 22, 2025**.

      SO ORDERED.

Dated: January 21, 2025                           _____
      New York, New York                   JEANNETTE A. VARGAS
                                                United States District Judge