UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PAUL OPPENHEIMER,                                                 :
:
                Plaintiff,                              :
:     24-CV-07047 (JAV)
   -v-                                                          :
:     <u>ORDER</u>
:
SEBASTIAAN ABBINK SPAINK, CHRIS                                   :
TOLMEIJER, YI LIN SHEN, and CRIZIT, LLC,                          :
:
                Defendants.                             X
---------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to the Court's Order dated January 22, 2025, ECF No. 20, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by **March 3, 2025**. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 6, 2025**.

       SO ORDERED.

Dated: March 4, 2025                                                  _____
       New York, New York                                  JEANNETTE A. VARGAS
                                                          United States District Judge