UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL OPPENHEIMER,

                Plaintiff,                24-CV-7047 (RWL)

      - against -

                                      **ORDER**

CRIZIT, LLC, et al.,

                Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court is in receipt of the parties' settlement agreement and accompanying letter (Dkt 35). The settlement agreement contains terms that are not typically included in FLSA/NYLL settlements. The Court recognizes that the claims asserted by Plaintiff and being settled extend beyond wage and hour claims. The mutual general releases of Section 4.1 and the mutual non-disparagement provision of Section 7 therefore are acceptable.

      However, the No Contact provisions of Section 5 and the Confidentiality provision of Section 6 give the Court pause. Accordingly, by **August 25, 2025**, the parties shall submit either (1) a letter explaining the basis, and providing supporting authority, for the provisions of Sections 5.1, 5.2, 5.3, and 6; or (2) a revised settlement agreement that omits those provisions; or (3) a revised settlement agreement that modifies those provisions consistent with the law, and an accompanying letter explaining the basis, and providing supporting authority, for the revised provisions. To the extent the parties proceed under either number (1) or (3), the supporting authority should address the propriety of the respective provisions in the context of FLSA/NYLL claims.

1

With respect to the Continuing Jurisdiction provision of Section 11.9, the Court will not exercise continuing jurisdiction unless the settlement agreement is filed on the public docket.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2025
       New York, New York

Copies transmitted this date to all counsel of record.