UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL OPPENHEIMER,

                       Plaintiff,            24-CV-7047 (RWL)

       - against -

                                            **ORDER**
CRIZIT, LLC, et al.,

                    Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court having reviewed the settlement agreement submitted for approval on September 17, 2025 at Dkt. 44, and the settlement agreement as filed having cured the issues previously raised by the Court (*see* Dkts. 39, 41, 43), and for reasons previously set forth in the Court's order at Dkt. 41, the Court finds that the settlement agreement at Dkt. 44 is fair and reasonable under the Fair Labor Standards Act and is hereby approved by the Court.

      The Clerk of Court is respectfully directed to close this case.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: September 17, 2025
        New York, New York

Copies transmitted this date to all counsel of record.